UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/13

DAVID YOUNG, Individually And
On Behalf of All Others Similar Situated,

    Plaintiff,

v.

JAN-MICHIEL HESSELS, MARSHALL CARTER, DUNCAN NIEDERAUER, DOMINIQUE CERUTTI, ANDRE BERGEN, ELLYN BROWN, PATRICIA CLOHERTY, SIR GEORGE COX, SYLVAIN HEFES, DUNCAN MCFARLAND, JAMES MCNULTY, LUIS PALHA DA SILVA, ROBERT SCOTT, JACKSON TAI, RIJNHARD VAN TETS, SIR BRIAN WILLIAMSON, NYSE EURONEXT, INTERCONTINENTALEXCHANGE, INC., and BASEBALL MERGER SUB, LLC,

    Defendants.

13 CV 817 (RA)

ECF

## NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rules 23(e) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff David Young hereby dismisses the above-captioned case ("Action"). The Court has not certified this Action, or any claims alleged therein, as a class action. Defendants have filed neither an answer, a motion to dismiss, nor a motion for summary judgment. This dismissal is without prejudice to the claims of any member of the putative Class. Plaintiff has not entered into any agreement to settle the action with one or more of the Defendants and Plaintiff represents that no compensation in any form has been passed directly or

indirectly from any Defendants to Plaintiff or Plaintiff's counsel, and no promise to give any such compensation has been made. Therefore, notice to the putative class is not necessary.

Dated: June 12, 2013

LEVI & KORSINSKY LLP

By: _____

Joseph E. Levi, Esq.
Shannon L. Hopkins, Esq.
Julia J. Sun, Esq.
30 Broad Street, 24th Floor
New York, New York  10004
Telephone:  (212) 363-7500

*Attorneys for Plaintiff*

SO ORDERED this 13 day of June, 2013

_____
DISTRICT JUDGE